UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMARIS RYPERTO,

        Plaintiff,

-vs-                                    Case No. 6:04-cv-793-Orl-18KRS

H&R CONCEPTS, LLC, HERON MILAN,
RICHARD JULYLIA,

        Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 15) filed March 1, 2005.

The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part as to Defendants H&R Concepts, L.L.C., Heron Milan and Richard Julylia. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED**

1. That the report and recommendation filed May 17, 2005 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Clerk of the Court enter Judgment on behalf of the plaintiff and against all defendants, jointly and severally, in the total amount of $2,701.00 which is as follows: $195.50 for unpaid wages, $195.50 for liquidated damages, $1,825.00 in attorney's fees and $485.00 in costs.

3. The Clerk of the Court the shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of June, 2005.

                                                G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record